**Schlichter Bogard**

100 South 4th Street, Suite 1200  
St. Louis, MO 63102  

314.884.7681  
1.800.873.5297  

Andrew D. Schlichter  

aschlichter@uselaws.com

**VIA ECF**

April 24, 2024

Hon. Valerie Figueredo  
United States District Court  
Southern District of New York  
500 Pearl Street, Room 1660  
New York, NY 10007

      Re:    *Sacerdote, et al. v. Cammack LaRhette Advisor LLC*, No. 1:24-cv-03129 (S.D.N.Y.)

Dear Judge Figueredo:

Plaintiffs, in support of their Opposition to Movant's Motion to Limit or Terminate Rule 45 Deposition, have filed under seal as Exhibits I and L to the Declaration of Joel Rohlf, documents that have been designated by Cammack as Confidential in accordance with the Protective Order in the underlying matter. *Sacerdote, et al. v. Cammack LaRhette Advisor LLC,* 1:17-cv-08834-AT-VF, ECF No. 263.

In accordance with the Protective Order (ECF No. 263), and Section VI.A of Judge Torres's Individual Rules of Practice, Plaintiffs have filed these materials under seal and Cammack will have three days to file a motion seeking to permanently seal them.

Sincerely,

/s/ Andrew D. Schlichter  
Andrew D. Schlichter

---

**MEMO ENDORSED**

_____  
HON. VALERIE FIGUEREDO  
UNITED STATES MAGISTRATE JUDGE  
                    DATED: April 26, 2024

The seal requested herein is granted. The Clerk of Court is directed to maintain the viewing restrictions on ECF No. 11. The Clerk of Court is respectfully directed to terminate the Motion at ECF No. 10.