UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DR. ALAN SACERDOTE, et al.,

                              Plaintiffs,                    **24-CV-3129 (AT) (VF)**
                                                                                **ORDER**

                -against-

CAMMACK LARHETTE ADVISORS,

                              Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge.**

      On April 10, 2024, non-party deponent Jeffrey Levy and Defendant Cammack LaRhette Advisors, LLC, moved for an order limiting or terminating the Rule 45 deposition of Mr. Levy. See ECF No. 1. Mr. Levy's deposition, which was set to be completed on March 29, 2024, ended after less than an hour because, according to Mr. Levy and Cammack, Plaintiffs' counsel improperly inquired into topics that were the subject of a separate pending motion for a protective order in this Court. In *Sacerdote v. Cammack LaRhette Advisors*, No. 17-CV-8834, Cammack sought an order precluding Plaintiffs from deposing Cammack on eight topics identified in the Rule 30(b)(6) deposition notice. See No. 17-CV-8834, Dkt. Entries 270, 274-75. The Court granted the protective order on April 17, 2024. See No. 17-CV-8834, Dkt. Entry 286.

In light of the Court's April 17 order, Mr. Levy's request to prevent Plaintiffs' counsel from questioning him on the eight topics that were the subject of the separate motion is now moot. The Court directs Mr. Levy to submit a letter, addressing whether the deposition should continue on topics unrelated to the eight topics previously addressed by the Court in its April 17 order. Mr. Levy is directed to file a letter of no more than five pages on or before **January 17, 2025**. Plaintiffs may respond in a letter of no more than 5 pages, filed on or before **January 31, 2025**.

SO ORDERED.

DATED:   New York, New York
         January 6, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge