UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
DR. ALAN SACERDOTE et al.,

                Plaintiffs,

-against-

CAMMACK LARHETTE ADVISORS, LLC,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/2025

24 Civ. 3129 (AT) (VF)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated March 24, 2025, the Honorable Valerie Figueredo denied the motion of Defendant, Cammack Larhette Advisors, LLC, and non-party Jeffrey Levy, for a protective order. ECF No. 21. No party has objected to Judge Figueredo's order within the authorized fourteen-day period. *See* Fed. R. Civ. P. 72(a). Accordingly, the Clerk of Court is respectfully directed to close this case.

    SO ORDERED.

Dated: April 8, 2025
       New York, New York

                                                ANALISA TORRES
                                           United States District Judge